**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE US COURTHOUSE**
**333 LAS VEGAS BOULEVARD SOUTH**
**LAS VEGAS, NEVADA 89101**
**(702) 464-5400**

08CV2135
JUDGE CASTILLO
MAG. JUDGE COLE

**LANCE S. WILSON**
**CLERK OF COURT**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

**JAKE HERB CHIEF**
**DEPUTY, RENO**

April 5, 2008

US District Court-Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

J N

**Re: Inter-District Transfer**

**Case Name:**    NAV N GO KFT vs. NAVIGON, INC., et al.

**Case Number:**    2:07-CV-01530-JCM-GWF

Dear Clerk:

Please be advised that the above entitled action has been trasnferred to the United States District Court,
Northern District of Illinois
Enclosed, you will find a certified copy of the docket sheet and the Order transferring the case to your
district. Please acknowledge receipt of the file and docket sheet on the enclosed duplicate of this letter.

***Note: A CD containing a PDF document containing all documents is included in this transmittal.***

# FILED

## APR 1 1 2008

### MICHAEL W. DOBBINS
### CLERK, U.S. DISTRICT COURT

Lance S. Wilson, Clerk

By: /s/ Aaron Blazevich
_____

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Your Case Number:**_____

08CV2135
JUDGE CASTILLO
MAG. JUDGE COLE

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01530-JCM-GWF

Nav N Go Kft v. Navigon, Inc. et al
Assigned to: Judge James C. Mahan
Referred to: Magistrate Judge George W Foley, Jr
Cause: 28:2201 Declaratory Judgement

Date Filed: 11/16/2007
Date Terminated: 04/03/2008
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**NAV N GO KFT**

represented by **Jonathan W Fountain**
Lewis and Roca, LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169
702-949-8340
Fax: 702-949-8374
Email: jfountain@lrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. McCue**
Lewis & Roca, LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89109-
(702) 949-8200
Fax: (702) 949-8363
Email: mmccue@lrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Navigon, Inc.**

represented by **Simon J. Frankel**
Covington & Burling LLP
One Front Street
35th Floor
San Francisco, CA 94111

415-591-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk B. Lenhard**
Jones Vargas
3773 Howard Hughes Pkwy.
3rd Floor So.
Las Vegas, NV 89109-
Email: kbl@jonesvargas.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Navigon AG**                     represented by **Simon J. Frankel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk B. Lenhard**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/16/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 725998), filed by NAV N GO KFT. Certificate of Interested Parties due by 11/26/2007. Proof of service due by 3/15/2008. (Attachments: # 1 Civil Cover Sheet # 2 Summons Navigon AG# 3 Summons Navigon, Inc.)(Fountain, Jonathan) (Entered: 11/16/2007) |
| 11/16/2007 | 2 | CERTIFICATE of Interested Parties by Plaintiff NAV N GO KFT. There are no known interested parties other than those participating in the case. (Fountain, Jonathan) (Entered: 11/16/2007) |
| 11/16/2007 |  | Case assigned to Judge James C. Mahan and George W Foley, Jr. (RFJ) (Entered: 11/16/2007) |
| 11/16/2007 | 3 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - link. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. **(no image attached)** (RFJ) (Entered: 11/16/2007) |
| 11/16/2007 | 4 | AO 120 - REPORT on the filing or determination of an action regarding a patent or trademark. E-mailed to the US Patent and Trademark Office. (Attachments: # 1 Complaint) (RFJ) (Entered: 11/16/2007) |

| '11/16/2007 | ⊙5 | Summons Issued as to Navigon AG. (RFJ) (Entered: 11/16/2007) |
|---|---|---|
| 11/16/2007 | ⊙6 | Summons Issued as to Navigon, Inc.. (RFJ) (Entered: 11/16/2007) |
| 11/19/2007 | ⊙7 | MOTION for Preliminary Injunction by Plaintiff NAV N GO KFT. (Attachments: # 1 Declaration of AndrasFazakas# 2 Exhibit A to Fazakas Declaration# 3 Exhibit B to Fazakas Declaration# 4 Exhibit C to Fazakas Declaration# 5 Exhibit D to Fazakas Declaration# 6 Exhibit E to Fazakas Declaration# 7 Exhibit F to Fazakas Declaration# 8 Exhibit G to Fazakas Declaration# 9 Exhibit H, Part 1 to Fazakas Declaration# 10 Exhibit H, Part 2 to Fazakas Declaration# 11 Exhibit H, Part 3 to Fazakas Declaration# 12 Exhibit I to Fazakas Declaration# 13 Exhibit J to Fazakas Declaration)(McCue, Michael) (Entered: 11/19/2007) |
| 11/20/2007 | ⊙8 | Submission of PROPOSED ORDER on 7 MOTION for Preliminary Injunction ; filed by Plaintiff NAV N GO KFT. (Fountain, Jonathan) (Entered: 11/20/2007) |
| 11/20/2007 | ⊙9 | MOTION PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION by Plaintiff NAV N GO KFT. Responses due by 12/8/2007. (Fountain, Jonathan) (Entered: 11/20/2007) |
| 11/20/2007 | ⊙10 | Submission of PROPOSED ORDER on 9 MOTION PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION ; filed by Plaintiff NAV N GO KFT. (Fountain, Jonathan) (Entered: 11/20/2007) |
| 11/20/2007 | ⊙11 | ORDER granting 9 Motion for Order Setting Briefing Schedule for Plaintiff's 7 Motion for Preliminary Injunction. Responses due by 12/5/2007. Replies due by 12/13/2007. Motion Hearing set for 12/20/2007 10:00 AM in LV Courtroom 6A before Judge James C. Mahan. Signed by Judge James C. Mahan on 11/20/07. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 11/21/2007) |
| 11/29/2007 | ⊙12 | CERTIFICATE OF SERVICE for Affidavit of Service by Plaintiff NAV N GO KFT re 5 Summons Issued, 2 Certificate of Interested Parties, 1 Complaint, 7 MOTION for Preliminary Injunction, 6 Summons Issued, 9 MOTION PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, 11 Order on Motion,,,, Set/Reset Motion and R&R Deadlines/Hearings,, Terminate Deadlines/Hearings,. (McCue, Michael) (Entered: 11/29/2007) |
| 12/04/2007 | ⊙13 | RESPONSE to 7 MOTION for Preliminary Injunction ; filed by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 12/04/2007) |
| 12/12/2007 | ⊙14 | REPLY to Response to 7 MOTION for Preliminary Injunction ; filed by Plaintiff NAV N GO KFT. (Fountain, Jonathan) (Entered: 12/12/2007) |
| 12/17/2007 | ⊙15 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel *Kirk B. Lenhard* submitted by attorney |

| | | |
|---|---|---|
| | | Simon J. Frankel, (Filing fee $ 175 receipt number 751260) by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 12/17/2007) |
| 12/17/2007 | ●16 | STIPULATION *and Proposed Order to Withdraw Motion for Preliminary Injunction, Without Prejudice, to Vacate Hearing Date, and to Extend Time for Defendants to Answer of Otherwise Respond to the Complaint* by Plaintiff NAV N GO KFT. (Fountain, Jonathan) (Entered: 12/17/2007) |
| 12/19/2007 | ●17 | ORDER ON STIPULATION granting 16 Stipulation, to withdraw Motion for Preliminary Injunction. Defendants response/answer to complaint due 1/11/2008. Signed by Judge James C. Mahan on 12/19/07. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 12/19/2007) |
| 12/21/2007 | ●18 | ORDER Granting 15 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Simon J. Frankel for Navigon, Inc. and Navigon AG and Approving Designation of Local Counsel. Signed by Judge James C. Mahan on 12/21/07. (Copies have been distributed pursuant to the NEF - SRK) (Entered: 12/27/2007) |
| 01/11/2008 | ●19 | MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* by Defendants Navigon, Inc., Navigon AG. Responses due by 1/29/2008. (Lenhard, Kirk) (Entered: 01/11/2008) |
| 01/11/2008 | ●20 | DECLARATION of Simon Frankel re 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 01/11/2008) |
| 01/11/2008 | ●21 | DECLARATION of Andreas Hecht re 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 01/11/2008) |
| 01/11/2008 | ●22 | DECLARATION of Peter Scheufen re 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 01/11/2008) |
| 01/11/2008 | ●23 | STATEMENT of Interested Parties by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 01/11/2008) |
| 01/28/2008 | ●24 | STIPULATION re 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; by Plaintiff NAV N GO KFT. (Fountain, Jonathan) (Entered: 01/28/2008) |
| 01/31/2008 | ●25 | ORDER ON STIPULATION Granting 24 Stipulation to Extend Time to File a Response to the 19 MOTION to Dismiss for Lack of Jurisdiction. Responses due by 2/1/2008. Signed by Judge James C. Mahan on 01/31/08. (Copies have been distributed pursuant to the NEF - SRK) (Entered: 02/01/2008) |

| | | |
|---|---|---|
| 02/01/2008 | ●26 | RESPONSE to 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; filed by Plaintiff NAV N GO KFT. Replies due by 2/15/2008. (Attachments: # 1 Declaration Jonathan W. Fountain# 2 Declaration Kornel Schwarcz)(Fountain, Jonathan) (Entered: 02/01/2008) |
| 02/12/2008 | ●27 | REPLY to RESPONSE to 19 MOTION to Dismiss filed by Defendants Navigon, Inc., Navigon AG. *Reply of Points and Authorities in Support of* (Attachments: # 1 Declaration Shannon Nestor)(Lenhard, Kirk) **Modified docket text on 2/14/2008.** (MAJ) (Entered: 02/12/2008) |
| 02/19/2008 | ●28 | NOTICE of Hearing on 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* : Motion Hearing set for 3/17/2008 10:00 AM in LV Courtroom 6A before Judge James C. Mahan. **(no image attached)**(SRB) (Entered: 02/19/2008) |
| 02/20/2008 | ● | Set/Reset Hearings: Motion Hearing set for 3/17/2008 at 10:30 AM is hereby VACATED and rescheduled for 3/20/2008 11:00 AM in LV Courtroom 6A before Judge James C. Mahan. (SRB) (Entered: 02/20/2008) |
| 02/25/2008 | ●29 | STIPULATION *and Order Rescheduling Hearing on Defendants' Motion to Dismiss or, in the Alternative, Transfer* by Defendants Navigon, Inc., Navigon AG. (Lenhard, Kirk) (Entered: 02/25/2008) |
| 02/26/2008 | ●30 | ORDER ON STIPULATION granting 29 Stipulation to Continue Hearing re: 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer*. (Motion Hearing set for 3/25/2008 10:00 AM in LV Courtroom 6A before Judge James C. Mahan.) Signed by Judge James C. Mahan on 2/26/08. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 02/28/2008) |
| 03/25/2008 | ●31 | MINUTES OF PROCEEDINGS - Motion Hearing held on 3/25/2008 before Judge James C. Mahan. Crtrm Administrator: *David Oakes*; Pla Counsel: *Jonathan Fountain*; Def Counsel: *Simon Frankel*; Court Reporter/FTR #: *Joy Garner*; Time of Hearing: *10:00 a.m.*; Courtroom: *6A*; granting in part Motion to transfer to Illinois and denying in part Motion to Dismiss 19 Motion to Dismiss for Lack of Jurisdiction.; ( Submission of Proposed Order obo defendant is due by 4/1/2008.) (Copies have been distributed pursuant to the NEF - DXO) (Entered: 03/25/2008) |
| 03/31/2008 | ●32 | Submission of PROPOSED ORDER on 31 Order on Motion to Dismiss/Lack of Jurisdiction,,, Motion Hearing,,, 19 MOTION to Dismiss for Lack of Jurisdiction *Declaratory Judgment, or in the Alternative, to Transfer* ; filed by Defendants Navigon, Inc., Navigon AG *Denying and Granting Defendants' Motion to Transfer*. (Lenhard, Kirk) (Entered: 03/31/2008) |
| 04/03/2008 | ●33 | ORDER denying 19 MOTION to Dismiss for Lack of Jurisdiction and granting 19 Alternative Motion to Transfer. Signed by Judge James C. Mahan on 4/3/08. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 04/05/2008) |

| '04/05/2008 | ●34 | TRANSMITTAL of 33 Transfer Order, CD and Docket Sheet to the Northern District of Illinois. (ASB) (Entered: 04/05/2008) |

1  KIRK B. LENHARD
   Nevada Bar No. 1437
2  JONES VARGAS
   3773 Howard Hughes Parkway
3  Third Floor South
   Las Vegas, Nevada 89169
4  Telephone: (702) 862-3300
   Facsimile: (702) 737-7705
5
   SIMON J. FRANKEL
6  *Admitted Pro Hac Vice*
   COVINGTON & BURLING LLP
7  One Front Street, 35th Floor
   San Francisco, California 94111
8  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
9
   Attorneys for Defendants
10 NAVIGON, INC. and NAVIGON AG

11                    UNITED STATES DISTRICT COURT

12                         DISTRICT OF NEVADA

13
   NAV N GO KFT., a Hungarian limited
14 liability company,                          Case No. 2:07-CV-1530-JCM-GWF

15                Plaintiff,                    **ORDER DENYING
                                               DEFENDANTS' MOTION TO DISMISS
16      vs.                                    AND GRANTING DEFENDANTS'
                                               MOTION TO TRANSFER PURSUANT
17 NAVIGON, INC., an Illinois corporation, and TO 28 U.S.C. §1404(a)**
   NAVIGON AG, a German corporation,
18
                  Defendants.
19

20

21        Defendants' Motion to Dismiss for Lack of Declaratory Judgment Jurisdiction

22 Or, In the Alternative, Motion to Transfer, was heard by the Honorable James C. Mahan on

23 March 25, 2008. After considering the papers submitted in support of and in opposition to the

24 motions, and after hearing oral argument by the parties' counsels, the Court hereby rules as

25 follows:

26        1.     Defendants' motion to dismiss for lack of declaratory judgment

27 jurisdiction is **DENIED**.

28        2.     Defendants' alternative motion to transfer this action to the United States

District Court for the Northern District of Illinois is **GRANTED**. Exercising its discretion under 28 U.S.C. §1404(a), the Court determines that the Northern District of Illinois is a more appropriate and convenient forum in light of the conveniences of the parties, the convenience of witnesses and access to judicial proof, and the interests of justice.

       3.    The Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of Illinois.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: _April 3_____, 2008

1 Michael J. McCue (Nevada Bar #6055)
  mmccue@lrlaw.com
2 Jonathan W. Fountain (Nevada Bar #10351)
  jfountain@lrlaw.com
3 LEWIS AND ROCA LLP
  3993 Howard Hughes Pkwy., Suite 600
4 Las Vegas, Nevada  89169
  (702) 949-8200 (tel.)
5 (702) 949-8398 (fax)

6 Attorneys for Plaintiff
  NAV N GO KFT.
7

8                UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10 NAV N GO KFT., a Hungarian limited liability
   company,
11
                     Plaintiff,
12                                              COMPLAINT
        vs.
13                                              JURY DEMAND
   NAVIGON, INC., an Illinois corporation, and
14 NAVIGON AG, a German corporation,
15                   Defendants.
16
17      For its complaint, Plaintiff Nav N Go Kft. ("Plaintiff" and/or "Nav N Go") alleges as

18 follows:

19                        **NATURE OF THE CASE**

20      Plaintiff seeks a declaration that its use of NAV N GO formative trademarks does not

21 infringe upon Defendants' trademark rights. Plaintiff seeks a preliminary injunction prohibiting

22 Defendants from interfering with Plaintiff's proposed use of its NAV N GO formative marks at

23 the 2008 Consumer Electronics Show, currently scheduled to run from January 7-10, 2008, in Las

24 Vegas, Nevada.

25                           **JURISDICTION**

26      1.      This Court has subject matter jurisdiction pursuant 28 U.S.C. §§ 1331 and 1338(b).

27      2.      Plaintiff Nav N Go Kft. is a limited liability company organized under the laws of

28 Hungary and having its principal place of business at Bérc u. 23., H-1016, Budapest, Hungary.

Lewis and Roca LLP
3993 Howard Hughes Parkway,
Suite 600
Las Vegas, Nevada  89169

-1-

384117.1

3.      Defendant Navigon Electronics, Inc. is an Illinois corporation having its principal place of business at 200 W. Madison St., Suite 650, Chicago, Illinois, 60606.

4.      Defendant Navigon AG is a German corporation having its principal place of business at Schottmüllerstrasse 20A Hamburg 20251, Germany.  Upon information and belief, Navigon AG is the corporate parent of Navigon, Inc.  Navigon Inc. and Navigon AG will be collectively referred to as the "Navigon Defendants."

5.      This Court has specific personal jurisdiction over the Navigon Defendants because Plaintiff's claim for declaratory relief is based upon the Navigon Defendants' use of NAVIGON formative marks within this judicial district.

6.      This Court also has general personal jurisdiction over the Navigon Defendants because of their substantial, systematic, and continuous transaction of business within this judicial district—namely, their marketing, promotion, importation, distribution, and sale of navigation devices and other products under the NAVIGON mark to consumers located within the United States, including in this judicial district.

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claim has occurred or will occur in this judicial district.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

8.      Established in 2004, Plaintiff is a leading provider of GPS-based navigation software for use in portable navigation devices.  Plaintiff's software products are available in Europe and the United States.

9.      Plaintiff's navigation software products are called IGO MY WAY and NAV N GO LIMOUSINE.  In addition to these marks, Plaintiff uses various marks in connection with its business, including: (1) NAV N GO; (2) NAV N GO I GO; and (3) NAV N GO APPLICATIONS SUITE.  Plaintiff's sometimes uses NAV N GO without spaces or without prominent spaces between the words.  (The marks referenced in this paragraph shall be collectively referred to as "NAV N GO Marks").  Plaintiff owns pending U.S. trademark applications for various NAV N GO Marks, including Serial Nos. 77/273,552; 77/229,597 and 77/229,589.

10. Plaintiff generally uses its primary Nav N Go logo in the following forms:



11. Plaintiff does not directly sell its products to consumers in the United States. Rather, Plaintiff's direct participation in the United States market is limited to its supply of navigation software to third-party original equipment manufacturers ("OEMs") for use in GPS devices that they manufacture and sell. Currently, OEMs such as Hewlett-Packard, Harman Kardon, Amcor, and Mio sell navigation devices under their own brands in the United States. Although these devices use Plaintiff's software, they do not feature any of the NAV N GO Marks.

12. The Navigon Defendants manufacture and sells GPS-based navigation devices.

13. Navigon AG is the owner of a U.S. trademark registrations for NAVIGON mark in international classes 9, 38 and 42.

14. The Navigon Defendants use the following mark on its navigation devices sold in the United States:

15. The Navigon Defendants claim that Plaintiff's use of the NAV N GO mark creates a likelihood of confusion with the Navigon mark.

16. In August 2007, Navigon AG attempted to bar Plaintiff from using the NAV N GO mark at the IFA trade show in Germany (and future trade shows in Germany) by seeking an ex parte injunction from a German court prohibiting Plaintiff from using its NAV N GO mark at the IFA show.

17. Plaintiff and Navigon Inc. are currently registered to exhibit at the CES trade show, which is scheduled to take place from January 7-10, 2008, in Las Vegas, Nevada.

18. Because both Plaintiff and Navigon are scheduled to attend CES as exhibitors and because Navigon AG recently sought to enjoin Plaintiff from using the NAV N GO mark at trade shows in Germany, Plaintiff reasonably believes that the Navigon Defendants will petition this Court on an *ex parte* basis to enjoin Plaintiff from using the NAV N GO Marks at CES.

19. Plaintiff's use of its NAV N GO Marks does not infringe or otherwise violate the

1    Navigon Defendants' rights in the NAVIGON mark.

2        20.

### COUNT I
**(Claim for Declaratory Relief)**

4        21.    Plaintiff incorporates the allegations set forth in each of the preceding paragraphs

5    as if fully set forth herein.

6        22.    An actual controversy and an adversarial conflict exists between Plaintiff and the

7    Navigon Defendants.

8        23.    Plaintiff has a reasonable apprehension that litigation over Plaintiff's use of the

9    NAV N GO Marks is imminent.

10       24.    This controversy is ripe for adjudication.

### PRAYER FOR RELIEF

12       WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

13       A.    Enter a declaratory judgment that none of the NAV N GO Marks infringe upon or

14             otherwise violation any of the Navigon Defendants' rights in the Navigon Marks;

15       B.    Enjoin the Navigon Defendants from interfering with Plaintiff's use of the NAV N

16             GO Marks at CES; and

17       C.    Grant Plaintiff all other relief to which it is entitled.

### REQUEST FOR JURY

19       Plaintiff hereby requests a jury trial on all issues triable by a jury.

20       Dated: this 16th day of November, 2007.

22                    LEWIS AND ROCA LLP

23                    By: _____/s/Jonathan W. Fountain_____

24                    Michael J. McCue (Nevada Bar #6055)
                      Jonathan W. Fountain (Nevada Bar #10351)
25                    3993 Howard Hughes Pkwy., Suite 600
                      Las Vegas, Nevada  89169
26                    (702) 949-8200 (tel.)
                      (702) 949-8398 (fax)

27
                      Attorneys for Plaintiff
28                    NAV N GO KFT.