IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAV N GO KFT, | ) Civil Action No.:  1:08-cv-02135 |
| Plaintiff, | ) |
| v. | ) Honorable Ruben Castillo |
| NAVIGON, INC. and NAVIGON AG, | ) |
| Defendants. | ) |

### JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT

Defendants Navigon, Inc. and Navigon AG (collectively, "Defendants" and/or "Navigon") and Plaintiff Nav N Go KFT ("Plaintiff" and/or "Nav N Go") submit this report and hereby jointly ask the Court to continue the May 30, 2008 Status Hearing (and the corresponding May 27, 2008 due date for the Joint Status Report).  This Joint Application is made on the grounds that the parties, whose principals are located in Germany and Hungary, are engaged in settlement discussions that they are hopeful will resolve this matter.  In support of this Joint Application, the parties state as follows:

1.      Plaintiff Nav N Go is a Hungarian company in the business of providing GPS-based navigation software used in portable navigation devices, and it uses "Nav N Go" as a trademark.  Defendant Navigon AG is a German company and is the parent of Defendant Navigon, Inc., which is based in Chicago, Illinois.  The Navigon companies are in the business of making and selling branded personal navigation devices and software solutions for original equipment manufacturer customers operating in the personal navigation, wireless, and automotive sectors.  Navigon uses the mark "Navigon" in connection with its business.

2. Navigon AG and Nav N Go are adverse parties in numerous pending proceedings initiated by Navigon in Germany and Hungary concerning whether Nav N Go's use of its name infringes trademark rights asserted by Navigon.

3. Nav N Go filed this action in the United States District Court for the District of Nevada on November 16, 2007, seeking a declaratory judgment that its use did not infringe Navigon's trademarks.

4. Navigon moved to dismiss the complaint for lack of declaratory judgment jurisdiction or, in the alternative, to transfer the action to the United States District Court for the Northern District of Illinois. By order dated April 3, 2008, the District Court in Nevada declined to dismiss the action but ordered that the action be transferred to the Northern District of Illinois. No disclosures or discovery has occurred in the action.

5. In recent weeks, the parties, though their principals and counsel in Europe, have been discussing the possibility of settlement of all ongoing trademark disputes between them, including the proceedings in Germany and Hungary and this action in the United States. The parties are currently planning to continue their settlement discussions at an in person meeting scheduled for June 10, 2008. The parties believe in good faith that the ongoing settlement discussions may well resolve all of their differences and lead to the prompt dismissal of this action as part of a global resolution of their disputes concerning trademark issues. The parties also believe it appropriate to endeavor to the extent possible to resolve all of their disputes through this settlement process before additional litigation expenses are incurred.

WHEREFORE, Plaintiff and Defendants jointly ask the Court to continue the due date for the Joint Status Report and continue the Status Hearing, currently set for May 30, 2008, until a date after June 10, 2008.

Dated: May 27, 2008

Respectfully Submitted,

s/ Ed Mullen
Ed Mullen
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435
(312) 235-6591

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091

Attorneys for Defendants
NAVIGON, INC. and NAVIGON AG


s/ Erik S. Maurer
Erik S. Maurer
BANNER & WITCOFF, LTD
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606-7407
(312) 463-5000

Jonathan W. Fountain
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169
(792) 949-8200

Attorneys for Plaintiff
NAV N GO KFT

2

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT was served on May 27, 2008 via the Court's Electronic Case Filing System and via mail on the following counsel:

s/ Erik S. Maurer

Erik S. Maurer
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435
(312) 235-6591