IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAV N GO KFT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NAVIGON, INC. and NAVIGON AG,<br><br>　　　Defendants. | Civil Action No.:  1:08-cv-02135<br><br>Honorable Ruben Castillo |

**NOTICE OF PRESENTMENT OF JOINT STATUS REPORT AND JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING**

To:　　Ed Mullen
　　　　MULLEN LAW FIRM
　　　　3501 N. Southport Avenue, Suite 206
　　　　Chicago, IL 60657-1435

　　　　Simon J. Frankel
　　　　COVINGTON & BURLING LLP
　　　　One Front Street
　　　　San Francisco, CA 94111

　　　　Please take notice that on Friday May 30, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for the parties will appear in Room 2141, 219 South Dearborn Street, Chicago, Illinois, and present to Judge Castillo, or whomever may be sitting in his stead, their JOINT STATUS REPORT AND JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Erik S. Maurer
　　　　　　　　　　　　　　　　　　　　　　　Erik S. Maurer
　　　　　　　　　　　　　　　　　　　　　　　BANNER & WITCOFF, LTD
　　　　　　　　　　　　　　　　　　　　　　　Ten South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　Suite 3000
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606-7407
　　　　　　　　　　　　　　　　　　　　　　　(312) 463-5000

Jonathan W. Fountain
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169
(792) 949-8200

Attorneys for Plaintiff
NAV N GO KFT

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that a true and correct copy of the NOTICE OF PRESENTMENT OF JOINT STATUS REPORT AND JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING was served on May 27, 2008 via the Court's Electronic Case Filing System and via mail on counsel of record in this matter:

        Ed Mullen
        MULLEN LAW FIRM
        3501 N. Southport Avenue, Suite 206
        Chicago, IL 60657-1435
        (312) 235-6591

        Simon J. Frankel
        COVINGTON & BURLING LLP
        One Front Street
        San Francisco, CA 94111
        Telephone:    (415) 591-6000
        Facsimile:    (415) 591-6091

        s/ Erik S. Maurer
        Erik S. Maurer
        BANNER & WITCOFF, LTD
        Ten South Wacker Drive
        Suite 3000
        Chicago, IL  60606-7407