IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAV N GO KFT, | ) | Civil Action No.:  1:08-cv-02135 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Ruben Castillo |
| NAVIGON, INC. and NAVIGON AG, | ) ) | |
| Defendants. | ) ) ) | |

**JOINT APPLICATION FOR SECOND CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT**

Defendants Navigon, Inc. and Navigon AG (collectively, "Defendants" or "Navigon") and Plaintiff Nav N Go KFT ("Plaintiff" or "Nav N Go") hereby jointly ask the Court to continue the June 19, 2008 Status Hearing (and the corresponding June 16, 2008 due date for the Joint Status Report) for approximately five weeks, to the last week of July.  This second Joint Application is made on the grounds that the parties, whose principals are located in Germany and Hungary, have not been able to schedule an initial in-person meeting to discuss settlement until July 2, 2008, and more time is necessary to allow for this first meeting and necessary follow up communications to lead to a resolution of the action.

In support of this Joint Application, the parties state as follows:

1.      Plaintiff Nav N Go is a Hungarian company in the business of providing GPS-based navigation software used in portable navigation devices, and it uses "Nav N Go" as a trademark.  Defendant Navigon AG is a German company and is the parent of Defendant Navigon, Inc., which is based in Chicago, Illinois.  The Navigon companies are in the business of making and selling branded personal navigation devices and software solutions for original equipment manufacturer customers operating in the personal navigation, wireless, and automotive sectors.  Navigon uses the mark "Navigon" in connection with its business.

2.    Navigon AG and Nav N Go are adverse parties in numerous pending proceedings initiated by Navigon in Germany and Hungary, as well as before the Austrian Trademark Office and the European Union's Office of Harmonization for the Internal Market (OHIM), concerning whether Nav N Go's use of its name and related trademarks infringes trademark rights asserted by Navigon.

3.    Nav N Go filed this action in the United States District Court for the District of Nevada on November 16, 2007, seeking a declaratory judgment that its use did not infringe Navigon's trademarks.

4.    Navigon moved to dismiss the complaint for lack of declaratory judgment jurisdiction or, in the alternative, to transfer the action to the United States District Court for the Northern District of Illinois.  By order dated April 3, 2008, the District Court in Nevada declined to dismiss the action but ordered that the action be transferred to the Northern District of Illinois. No disclosures or discovery has occurred in the action.

5.    In the past month, the parties, though their principals and counsel in Europe, have been discussing the possibility of settlement of all ongoing trademark disputes between them, including the proceedings in Germany and Hungary, the proceedings before the Austrian Trademark Office and the OHIM, and this action in the United States.  There have been logistical difficulties in bringing together principals located in Germany and Hungary.  The parties initially planned to meet in person on June 10, 2008.

6.    Based on that anticipated meeting, the parties jointly requested that this Court continue the previously scheduled Status Hearing date of May 30, 2008.  By Order dated May 28, 2008, this Court continued the Status Hearing to June 19, 2008.

7.    Since that time, the meeting set for June 10, 2008 has had to be rescheduled due to the schedule of the parties.  The principals of the parties are now scheduled to meet in Hamburg, Germany on July 2, 2008.  The parties believe in good faith that the ongoing settlement discussions may well resolve all of their differences and, with necessary documentation, lead to the prompt dismissal of this action as part of a global resolution of their disputes concerning trademark issues.  The parties also believe it appropriate to endeavor to the

2

extent possible to resolve all of their disputes through this settlement process before additional litigation expenses are incurred.

       8.     For these reasons, the parties jointly ask the Court to continue the Status Hearing currently set for June 19, 2008 for approximately five weeks, to the last week of July 2008, at a date and time convenient to the Court.

      WHEREFORE, Plaintiff and Defendants ask that this Court continue the June 19, 2008 Status Hearing to the last week of July 2008.

Dated: June 10, 2008

Respectfully Submitted,

s/ Ed Mullen
_____

Ed Mullen
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435
(312) 235-6591

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Defendants
NAVIGON, INC. and NAVIGON AG

s/ Erik S. Maurer
_____

Erik S. Maurer
BANNER & WITCOFF, LTD
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606-7407
(312) 463-5000

Jonathan W. Fountain
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(792) 949-8200

Attorneys for Plaintiff
NAV N GO KFT

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the JOINT APPLICATION FOR

CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT was served on

June 10, 2008, via the Court's Electronic Case Filing System and via mail on the following

counsel:

Ed Mullen
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111


s/ Erik S. Maurer

SF: 96990-2