IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAV N GO KFT,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIGON, INC. and NAVIGON AG,<br><br>    Defendants. | Civil Action No.: 1:08-cv-02135<br><br>Honorable Ruben Castillo |

**NOTICE OF PRESENTMENT OF JOINT APPLICATION FOR SECOND
CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT**

To:    Ed Mullen
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Please take notice that on Tuesday, June 17, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for the parties will appear in Room 2141, 219 S. Dearborn Street, Chicago, Illinois, and present to Judge Castillo, or whoever may be sitting in his stead, their JOINT APPLICATION FOR SECOND CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT.

Respectfully submitted:

s/ Erik S. Maurer
Erik S. Maurer
BANNER & WITCOFF, LTD
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606-7407
(312) 463-5000

Jonathan W. Fountain
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(792) 949-8200

Attorneys for Plaintiff
NAV N GO KFT

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the NOTICE OF PRESENTMENT OF JOINT APPLICATION FOR CONTINUANCE OF STATUS HEARING AND OF JOINT STATUS REPORT was served on June 10, 2008, via the Court's Electronic Case Filing System and via mail on counsel of record in this matter:

Ed Mullen
MULLEN LAW FIRM
3501 N. Southport Avenue, Suite 206
Chicago, IL 60657-1435

Simon J. Frankel
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

s/ Erik S. Maurer