UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nav N Go KFT

        Plaintiff,

v.                Case No.: 1:08−cv−02135
                 Honorable Ruben Castillo

Navigon, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Defendants' joint application for second continuance of status hearing and of joint status report [44] is granted. Parties to file the joint status report on or before 7/30/2008. The Court will hold a status hearing in open court on 8/5/2008 at 9:45 AM. Status report filing date of 6/16/2008, motion hearing set for 6/17/2008, and status hearing set for 6/19/2008 are all vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.