IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAV N GO KFT, ) | Civil Action No. 1:08-cv-02135 |
| ) | |
| Plaintiff, ) | Honorable Ruben Castillo |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| NAVIGON, INC. and NAVIGON AG, ) | |
| ) | |
| Defendants. ) | |

**PARTIES' INITIAL JOINT STATUS REPORT**

**A. Nature of the Case**

Plaintiff Nav N Go Kft ("Nav N Go") is a Hungarian company in the business of developing and selling software for GPS-based personal navigation devices. Nav N Go uses "NAV N GO" as its name and as a trademark, and has sought to register that mark with the U.S. Patent and Trademark office. Defendant Navigon AG is a German company and the parent of Defendant Navigon, Inc., which is based in Chicago, Illinois (collectively the two are referred to as "Navigon," unless otherwise stated). Navigon is in the business of manufacturing and selling personal navigation devices and software solutions for original equipment manufacturer customers operating in the personal navigation, wireless, and automotive sectors. Navigon uses "NAVIGON" as a company name and as a trademark, and the mark is registered on the Principal Register of the U.S. Patent and Trademark Office.

Nav N Go filed this action on November 16, 2007, in the United States District Court for the District of Nevada, seeking: (1) a declaratory judgment that its use of "NAV N GO" and other marks does not infringe Navigon's trademarks; and (2) a preliminary injunction prohibiting

Navigon from interfering with Nav N Go's use of its trademarks at the 2008 Consumer Electronics Show ("CES 2008").  Nav N Go served the summons and complaint on November 27, 2007.  All parties have been served or have not contested service.

Navigon, after agreeing that it would not seek to interfere with Nav N Go's participation in CES 2008, moved to dismiss the declaratory judgment complaint for lack of subject matter jurisdiction (based on a lack of case or controversy) or, in the alternative, to transfer the action to the United States District Court for the Northern District of Illinois.  By order dated April 3, 2008, the District Court in Nevada declined to dismiss the action but ordered that the action be transferred to the Northern District of Illinois.

The court has subject matter jurisdiction under the trademark laws of the United States (*i.e.*, the Lanham Act), 15 U.S.C. § 1051, *et seq*.  *See* 28 U.S.C. §§ 1331, 1338(a).  Since the action was transferred to this District, the parties have focused their efforts on settlement.  To date, Navigon has not filed an answer, affirmative defenses, or any counterclaims, cross-claims, or third party claims, and the parties have not exchanged initial disclosures or engaged in any discovery.  Navigon anticipates that it will file a counterclaim with its answer.

The major legal issues in this case relate to federal trademark infringement under 15 U.S.C. § 1114(1) and federal unfair competition under 15 U.S.C. § 1125(a).  Under the standard for likelihood of confusion, the major factual issues in this case include: the similarity of the parties' marks; (2) the similarity of the products; (3) the area and manner of concurrent use; (4) the degree of care likely to be used by relevant consumers; (5) the strength of the plaintiff's marks; (6) the existence of any actual confusion; and (7) any intent on the part of the defendant to palm off its goods as those of the plaintiff.

Key authorities that will assist the Court in understanding and ruling on the issues

include: *Sullivan v. CBS Corp.*, 385 F.3d 772, 776-777 (7th Cir. 2004) (only for the factors courts in the Seventh Circuit use to determine likelihood of confusion); *Rust Env't & Infrastructure v. Teunissen*, 131 F.3d 1210, 1219 (7th Cir. 1997) (only for the factors courts in the Seventh Circuit use to determine unfair competition under the Lanham Act).

B. **Preparation of Draft Scheduling Order**

The parties jointly propose the following discovery plan:

| Date | Description |
|---|---|
| August 22, 2008 | Navigon to file answer and any counterclaim |
| September 29, 2008 | Exchange initial disclosures under Rule 26(a)(1) |
| September 30, 2008 | Last day to add parties and/or amend pleadings without leave of court |
| March 27, 2009 | All fact discovery must be completed |
| April 10, 2009 | Burden of proof expert reports under Rule 26(a)(2) due |
| May 8, 2009 | Responsive expert witness reports are due |
| June 5, 2009 | All expert discovery must be completed |
| June 26, 2009 | Last day to serve dispositive motions |
| August 31, 2009 | Draft final pretrial order due to be served on Defendants |
| September 18, 2009 | Final pretrial order and all motions *in limine* must be filed |
| September 30, 2009 | Final pretrial conference; case to be trial ready |

C. **Trial Status**

A jury trial has been requested. Trial will require approximately four to seven trial days to complete.

D. **Consent to Proceed Before a Magistrate Judge**

The parties do not consent to proceed before a Magistrate Judge for all proceedings.

E. **Settlement Status**

The parties have met and discussed settlement through their principals in Europe. To date, they have not been able to settle this case.

Dated: July 30, 2008.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Erik S. Maurer<br>Erik S. Maurer (06275467)<br>　*emaurer@bannerwitcoff.com*<br>BANNER & WITCOFF, LTD.<br>10 S. Wacker Drive – Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br><br>-and-<br><br>Michael J. McCue (admitted *pro hac vice*)<br>　*mmccue@lrlaw.com*<br>Jonathan W. Fountain (admitted *pro hac vice*)<br>　*jfountain@lrlaw.com*<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br><br>Attorneys for Plaintiff,<br>Nav N Go Kft. | By: /s/ Thomas M. Staunton<br>Thomas M. Staunton<br>　*TStaunton@millershakman.com*<br>MILLER SHAKMAN & BEEM<br>180 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60601<br>Telephone: (312) 263-3700<br><br><br>-and-<br><br>Simon J. Frankel<br>　*sfrankel@cov.com*<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, California 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br><br><br>Attorneys for Defendants,<br>Navigon AG and Navigon, Inc. |

- 5 -

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on July 30, 2008, the foregoing PARTIES' INITIAL JOINT STATUS REPORT was served by the ECF System as to Filing Users.

Dated: July 30, 2008

                                            /s/ Thomas M. Staunton
                                            Thomas M. Staunton