# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2135 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Nav N Go KFT vs. Navigon, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/5/2008 and continued to 10/7/2008 at 9:45 a.m. Simon J. Frankel's motion for leave to appear pro hac vice [49] is granted. The parties are granted leave to proceed with all discovery. All discovery to be completed on or before 2/28/2009. Defendants are given until 8/26/2008 to answer or otherwise plead to the complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|