IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAV N GO KFT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-02135 |
| | ) | |
| v. | ) | Honorable Ruben Castillo |
| | ) | |
| NAVIGON, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FRCP RULE 7.1 AND LOCAL RULE 3.2 STATEMENT OF
DEFENDANTS NAVIGON, INC. AND NAVIGON AG**

Defendant Navigon AG, a privately held German corporation, is the parent corporation of defendant Navigon, Inc. There is no other parent corporation of either defendant and no publicly-held corporation owns ten percent (10%) or more of either defendant's stock. Navigon AG has a group of shareholders, including a group of holding companies belonging to the General Atlantic Group, that are not listed. Neither defendant has any publicly held "affiliates," as that term is defined in Local Rule 3.2.

Dated August 26, 2008

Respectfully submitted,

/s/ Thomas M. Staunton

Thomas M. Staunton
   *TStaunton@millershakman.com*
MILLER SHAKMAN & BEEM
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
Telephone: (312) 263-3700

-and-

Simon J. Frankel
   *sfrankel@cov.com*
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091

Attorneys for Defendants,
Navigon AG and Navigon, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 26, 2008, service of the foregoing FRCP Rule 7.1 and Local Rule 3.2 Disclosure Statement of Defendants Navigon, Inc. and Navigon AG was accomplished pursuant to the Electronic Case Filing System as to Filing Users and by U.S. Mail to:

>Jonathon W. Fountain
>Michael J. McCue
>Lewis & Roca, LLP
>3993 Howard Hughes Pkwy.
>Las Vegas, NV 89169

August 26, 2008  /s/ Thomas M. Staunton
THOMAS M. STAUNTON